UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAR'SHA L. HARDY,

      Plaintiff,

v.

IRON STREET PROPERTIES, L.L.C., d/b/a
RIVER PARK LOFTS, and DENNIS
KEFALLINOS,

      Defendants.
      _____/

Case No. 16-10639

Honorable John Corbett O'Meara

## ORDER OF PARTIAL DISMISSAL

Plaintiff Dar'sha L. Hardy recently filed a two-count complaint in this court alleging violations of the Fair Housing Amendments Act of 1988 in Count I and violations of Michigan's Elliott-Larsen Civil Rights Act in Count II.

Although Count I is cognizable in this court pursuant to 28 U.S.C. § 1331, the allegations presented in Count II are based solely on state law. The parties to this action are not diverse. Therefore, this court declines to exercise supplemental jurisdiction over Plaintiff's state law claim to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 282 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

## ORDER

It is hereby **ORDERED** that Count II is **DISMISSED**.

      s/John Corbett O'Meara
      United States District Judge

Date: March 18, 2016

     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 18, 2016, using the ECF system.

                                       s/William Barkholz
                                       Case Manager