UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
2:16-cv-10639-JCO-MKM

| | |
|---|---|
| DAR'SHA L. HARDY,<br><br>Plaintiff,<br><br>v.<br><br>IRON STREET PROPERTIES, LLC,<br>d/b/a RIVER PARK LOFTS,<br>BOYDELL DEVELOPMENT, INC<br>and DENNIS KEFALLINOS,<br><br>Defendants. | **STIPULATED ORDER<br>EXTENDING SCHEDULING<br>ORDER DEADLINES** |

Upon the stipulation of the parties listed below; and the Court being advised in the premises; IT IS HEREBY ORDERED that the Scheduling Order deadlines be extended as follows:

DISCOVERY CUTOFF: January 31, 2017

DISPOSITIVE MOTIONS to be filed by: February 15, 2017

RESPONSES TO DISPOSITIVE MOTIONS filed by: March 8, 2017

REPLIES TO RESPONSES TO DISPOSITIVE MOTIONS to be filed by: March 22, 2017

JOINT FINAL PRETRIAL ORDER to be proposed by: April 26, 2017

1

FINAL PRETRIAL CONFERENCE is scheduled for: May 3, 2017 at 10:00 a.m.

TRAILING TRIAL TERM is set for: June 6, 2017

Date: November 7, 2016                     <u>s/John Corbett O'Meara</u>
                                                     United States District Judge

The undersigned attorneys stipulate and consent to the form and substance of the above order:

By: /s/ Stephen A. Thomas
Stephen A. Thomas (P43260)
Attorney for Plaintiff
(313) 965-2265

By: /s/ Ben M. Gonek
Ben M. Gonek (P43716)
Attorney for Defendants
(313) 963-3377